UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2011 Grand Jury

UNITED STATES OF AMERICA,       )  Case No. **12CR2973JAH**
                                )
            Plaintiff,          )  I N D I C T M E N T
                                )
      v.                        )  Title 21, U.S.C., Secs. 952 and
                                )  960 - Importation of Cocaine
DANIEL DIAZ,                    )
                                )
            Defendant.          )
_____)

The grand jury charges:

On or about April 26, 2012, within the Southern District of California, defendant DANIEL DIAZ did knowingly and intentionally import 5 kilograms and more of cocaine, to wit: approximately 22.95 kilograms (50.49 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 18, 2012.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
MELISSA A. MEISTER
Assistant U.S. Attorney

MAM:lml:Imperial
7/16/12